**Order entered December 6, 2019**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

**No. 05-19-00516-CR**
**No. 05-19-00527-CR**
**No. 05-19-00537-CR**

**TRESHAWN JAHMAL ROBINSON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 401st Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 401-82805-2018**

## ORDER

The State of Texas's motion filed December 4, 2019 requesting an extension of time to file a brief in the above referenced causes is hereby **GRANTED**. The State's brief tendered with the motion is deemed timely filed as of the date of this order.

/s/ KEN MOLBERG
   JUSTICE